IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-15198-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 19 2008
THOMAS K. KAHN
CLERK

ALGIE MOORE,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

ORDER:

Appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000).

/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2008

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 08-15198-C**
Case Style: Algie Moore v. USA
District Court Number: 05-00499 CV-J-32HTS
SECONDARY CASE NO: 02-00233-CR-J-32HTS

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
3 Volume Pleadings

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Encl.

DIS-4 (3-2005)